IN THE UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | | |
| ROBERT DELEON | ) | NO. 22-70377 | |
| | ) | | |
| Debtors. | ) | Chapter 7 | |

**ENTRY OF APPEARANCE OF ATTORNEY**

JOHN L. GREENLEAF, JR., hereby enters his appearance on behalf of ROBERT DELEON, Debtor, as attorney of record in this matter.

Date: September 2, 2022          GreenLeaf Law Office, Ltd

                                 By:  */s/ John L. GreenLeaf, Jr.*
                                      John L. GreenLeaf, Jr.


GREENLEAF LAW OFFICE, LTD
JOHN L. GREENLEAF, JR
Counselor at Law
2456 North Main
Decatur, Illinois 62526
Phone:  (217) 422-2771
Email: GreenLeafLaw@comcast.net