Form nodschg

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

---

*In Re:* Robert DeLeon  *Case No.:* 22–70377
*Debtor*

*Chapter:* 7

---

## NOTICE OF NO DISCHARGE

*Notice is hereby provided:*

An Order was entered on **11/28/2022** denying, revoking, or waiving the discharge of the above named debtor(s).

Dated: 12/13/22

                             /S/   Adrienne D. Atkins
                            Clerk, U.S. Bankruptcy Court

Go to **www.ilcb.uscourts.gov** for information regarding this court's ***mandatory*** electronic filing policy.